In the Matter of MARY SULLIVAN, as Administratrix of the Estate of TIMOTHY J. SULLIVAN, Deceased, Appellant, against the BOARD OF ESTIMATE OF THE CITY OF NEW YORK, Respondent.

Argued October 9, 1939; decided October 30, 1939.

*Irving Lemov* and *Charles K. Finch* for appellant.

*William C. Chanler, Corporation Counsel (James Hall Prothero, Paxton Blair* and *Nicholas Bucci* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.